# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:19-cr-0003 DmC

Tina L. Bustillos

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
Redding    CA    96002
CITY         STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 7-9-19        _____
                    DEFENDANT'S SIGNATURE

You are hereby placed on one year summary court probation.

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

(X) Fine: $ 3,975.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 4,000 within 36 ~~days~~ (months) ~~or payments of $~~ _____ per month, commencing _____ and due on the _____ of each month until paid in full.

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
~~completed by~~ During the term of probation you are prohibited from entering national lands including but not limited to lands supervised by US FS, BLM, Park Service, Wildlife Refuge, VA.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

☐ CENTRAL VIOLATIONS BUREAU
PO BOX ~~74368~~ 780549
~~PHILADELPHIA, PA 19176-1363~~
1-800-827-2982 San Antonio, TX
or                78278
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

☐ CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

☒ CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must ~~indicate~~ your name and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 7-9-19        _____
                    U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                       EDCA-3